1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7022
6       FAX: (415) 436-6748
        rebecca.falk@usdoj.gov
7
   Attorneys for Federal Defendants
8
   MICHAEL H. KIM, SBN 200792
9  MICHAEL H. KIM, P.C.
   475 El Camino Real, Suite 309
10 Millbrae, CA  94030
   Tel:  (650) 697-8899
11 Fax:  (650) 697-8896

12 Attorneys for Plaintiff
   JIAN LING WU
13

14                   UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                         OAKLAND DIVISION

17
   JIAN LING WU,                    )  CASE NO. 15-00161 KAW
18                                  )
           Plaintiffs,              )  **STIPULATION AND [PROPOSED] ORDER RE**
19                                  )  **DISMISSAL WITHOUT PREJUDICE OF**
        v.                          )  **DEPARTMENT OF HOMELAND SECURITY,**
20                                  )  **UNITED STATES SECRET SERVICE, JESSICA**
   THE UNITED STATES OF AMERICA,    )  **RADD**
21 DEPARTMENT OF HOMELAND           )
   SECURITY, UNITED STATES SECRET   )
22 SERVICE, JESSICA RADD,           )

23      Defendants.
   _____
24

25

26

27

28
   STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEPARTMENT OF HOMELAND SECURITY, UNITED
   STATES SECRET SERVICE, JESSICA RADD
   15-00161 KAW

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff JIAN LING WU ("Plaintiff") and Defendant United States of America hereby stipulate and agree to dismiss without prejudice the following parties from the above-captioned action: (1) Department of Homeland Security; (2) United States Secret Service, and (3) Jesicca Radd. All further pleadings in this matter shall be captioned *Jian Ling Wu v. United States of America*, No. C 15-00161 KAW.

SO STIPULATED AND AGREED.

DATED: March 30, 2015

By:   /s/ Michael H. Kim
MICHAEL H. KIM, P.C.
Attorneys for Plaintiff
JIAN LING WU

DATED: March 30, 2015

MELINDA HAAG
United States Attorney

By:   /s/ Rebecca A. Falk
REBECCA A. FALK[1]
Assistant United States Attorney
Attorneys for Federal Defendant

Pursuant to the stipulation of the parties, (1) Department of Homeland Security; (2) United States Secret Service, and (3) Jesicca Radd are dismissed from the above-captioned action without prejudice. All further pleadings in this matter shall be captioned *Jian Ling Wu v. United States of America*, No. C 15-00161 KAW. The Clerk of the Court is directed to update the docket sheet in this matter and the files of the Court accordingly.

**IT IS SO ORDERED.**

DATED: 3/31/15

                                        HONORABLE KANDIS WESTMORE
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEPARTMENT OF HOMELAND SECURITY, UNITED STATES SECRET SERVICE, JESSICA RADD
15-00161 KAW