MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

REBECCA A. FALK (CSBN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    Fax: (415) 436-6748
    Rebecca.Falk@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

Michael H. Kim, Esq.
Melanie Massey, Esq.
MICHAEL H. KIM, P.C.
475 El Camino Real, Suite 309
Millbrae, CA  94030
michaelkimapc@gmail.com
massey@mhklawyers.com
Attorneys for Plaintiff JIAN LING WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JIAN LING WU,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, ,<br><br>    Defendants. | CASE NO.  15-00161 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff JIAN LING WU and Defendant UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action.  Each party to bear its own costs and attorney's fees.

**SO STIPULATED AND AGREED.**

Dated:  July 27, 2015                              Respectfully Submitted,

                                                         MELINDA HAAG
                                                         United States Attorney

                                                         _____/s Rebecca A. Falk_____
                                                         REBECCA A. FALK
                                                         Assistant United States Attorney

Dated: July 27, 2015                               _____/s Melanie Massey_____
                                                         Melanie Massey
                                                         MICHAEL H. KIM, P.C.
                                                         Attorneys for Plaintiff
                                                         JIAN LING WU

**IT IS SO ORDERED.**

DATED:  8/19/15                                    ___*Kandis Westmore*___
                                                         HON. KANDIS WESTMORE
                                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
No. 15-00161 KAW